**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE:   Jose Osmin Hernandez | CHAPTER 13 |
| Petrona F Hernandez | |
| 6709 Spindle Dr | CASE NO. 11-36408-H1 |
| Houston, TX  77086 | |
| DEBTORS | |

**NOTICE OF TRUSTEE'S**
**INTENT TO PAY CLAIMS**

Comes now the standing Chapter 13 Trustee who would show the Court that he has examined the proofs of claim.  After such examination, the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below.

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN 20 DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE;  OTHERWISE THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT RELIEF.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| Jose Osmin Hernandez<br>6709 Spindle Dr<br>Houston, TX  77086 | $0.00 | DEBTOR REFUND |
| MICHAEL G BUSBY<br>BUSBY & ASSOCIATES<br>2909 HILLCROFT SUITE 350<br>HOUSTON, TX  77057 | $2,873.00 | ATTORNEY FEE |
| MICHAEL G BUSBY<br>BUSBY & ASSOCIATES<br>2909 HILLCROFT SUITE 350<br>HOUSTON, TX  77057 | $2,473.00 | ATTORNEY FEES<br>ACCT:  ATTNY FEES<br>COMM:  ORDER APPROVING FIXED<br>FEE S/7/29/11 |
| WELLS FARGO BANK NA<br>MAC S4101-08C<br>100 W WASHINGTON STREET<br>PHOENIX, AZ  85003 | $6,202.57 | UNSECURED CREDITOR<br>ACCT:  7234<br>COMM:  MONEY LOANED |

CASE NO.  11-36408-H1   Jose Osmin Hernandez & Petrona F Hernandez

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| WELLS FARGO BANK NA<br>MAC S4101-08C<br>100 W WASHINGTON STREET<br>PHOENIX, AZ  85003 | $26,303.10 | UNSECURED CREDITOR<br>ACCT:  9423<br>COMM:  MONEY LOANED |
| AMERICAN INFOSOURCE LP AS AGENT FOR<br>TMOBILE/T-MOBILE USA INC.<br>PO BOX 248848<br>OKC, OK  73124 | $809.34 | UNSECURED CREDITOR<br>ACCT:  9965<br>COMM:  GOODS SOLD AND<br>SERVICES RENDERED |
| WELLS FARGO, NTSA<br>PO BOX 266000<br>DALLAS, TX  75326 | $0.00 | ABANDONED COLLATERAL<br><br>COMM:  '01 NISSAN FRONTIER |
| HARRIS COUNTY ET AL<br>PO BOX 4924<br>HOUSTON, TX  77210-4924 | $559.51 | SECURED CREDITOR<br>ACCT:  9423 GREENS RD<br>COMM:  PROP TAXES |
| CHASE<br>PO BOX 901039<br>FORT WORTH, TX  76101 | $0.00 | TO BE PAID OUTSIDE THE PLAN<br>ACCT:  1620<br>COMM:  HOME EQUITY  LINE CR<br>HOMESTEAD |
| CHASE MANHATTAN MORTGAGE CORP<br>10790 RANCHO BERNARDO RD<br>SAN DIEGO, CA  92127 | $0.00 | TO BE PAID OUTSIDE THE PLAN<br>ACCT:  0713<br>COMM:  HOMESTEAD |
| CONN CREDIT COMPANY<br>PO BOX 2358<br>BEAUMONT, TX  77704-2358 | $250.00 | SECURED CREDITOR<br>ACCT:  1925<br>COMM:  GOODS SOLD, COMPUTER |
| INTERNAL REVENUE SERVICE***<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $233.38 | PRIORITY CREDITOR<br>ACCT:  5645<br>COMM: '09-'10 TAXES; AMD 9/13/11 |
| AFNI<br>PO BOX 3097<br>BLOOMINGTON, IL  61702 | $0.00 | NOT FILED<br>ACCT:  9339<br>COMM:  SPRINT |
| ATTORNEY GENERAL FOR U S<br>10TH & CONSTITUTION AVE<br>WASHINGTON D C | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |
| CANDICA<br>C/O WEINSTEIN AND RILEY, PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | $2,353.28 | UNSECURED CREDITOR<br>ACCT:  6634<br>COMM:  CREDIT CARD, CAPITAL<br>ONE |

CASE NO.  11-36408-H1   Jose Osmin Hernandez & Petrona F Hernandez

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CHEX SYSTEMS COLLECTION AGENCY<br>7805 HUDSON RD #100<br>WOODBURY, MN  55125-1595 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |
| COLLECTION<br>CCS<br>PO BOX 709<br>NEEDHAM, MA  02494 | $0.00 | NOT FILED<br>ACCT:  9744<br>COMM:  PROGRESSIVE COUNTY MUTUAL |
| DISCOVER<br>PO BOX 6103<br>CAROL STREAM, IL  60197 | $6,692.15 | UNSECURED CREDITOR<br>ACCT:  2739<br>COMM:  CREDIT CARD |
| ENHANCED RECOVERY CORP<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL  32256 | $0.00 | NOT FILED<br>ACCT:  7817<br>COMM:  DISH NETWORK |
| SPRINT NEXTEL- DISTRIBUTIONS<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 3326<br>ENGLEWOOD, CO  80155 | $464.51 | UNSECURED CREDITOR<br>ACCT:  0319<br>COMM:  SPRINT |
| INTERNAL REVENUE SERVICE***<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |
| IRS SPECIAL PROCEDURES<br>2970 MARKET ST. STOP 5-Q30.133<br>PHILADELPHIA, PA  19104-5016 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |
| SUNRISE CREDIT SERVICE<br>234 AIRPORT PLAZA BLVD S<br>FARMINGDALE, NY  11735 | $0.00 | NOT FILED<br>ACCT:  9965<br>COMM:  T-MOBILE |
| TELECHECK RECOVERY SERVICE,INC<br>5251 WESTHEIMER<br>HOUSTON, TX  77056 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |
| TOYOTA MOTOR CREDIT CORPORATIO<br>16945 NORTHCHASE DR STE 1150<br>HOUSTON, TX  77060-2133 | $0.00 | PARTY REQUESTING NOTICE<br>ACCT:  0001<br>COMM:  NOTICE ONLY |
| PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA  23541 | $7,962.24 | UNSECURED CREDITOR<br>ACCT:  0001<br>COMM:  AUTO_AMD 12.1.11 |

CASE NO.  11-36408-H1   Jose Osmin Hernandez & Petrona F Hernandez

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ZWICKER & ASSOC PC<br>321 N MAIN ST<br>TAYLOR, TX  76574 | $0.00 | PARTY REQUESTING NOTICE<br>ACCT:  6311<br>COMM:  NOTICE ONLY |
| BARRETT DAFFIN FRAPPIER TURNER AND ENGEL, LLP<br>15000 SURVEYOR BLVD STE 100<br>ADDISON, TX  75001 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  JPMORGAN CHASE |
| GE MONEY BANK<br>C/O RECOVERY MGMT SYSTEMS<br>25 SE 2ND AVE, STE 1120<br>MIAMI, FL  33131 | $0.00 | PARTY REQUESTING NOTICE<br>ACCT:  8749<br>COMM:  FUNANCING |
| INTERNAL REVENUE SERVICE***<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $63.58 | UNSECURED CREDITOR<br>ACCT:  5645<br>COMM:  PEN + INT; AMD 9/13/11 |
| BECKET & LEE LLP<br>16 GENERAL WARREN BOULEVARD<br>PO BOX 3001<br>MALVERN, PA  19355 | $4,020.10 | UNSECURED CREDITOR<br>ACCT:  6205<br>COMM:  DEFICIENCY BALANCE RELATED TO MV LOAN |
| CENTURYLINK<br>C/O REX D. RAINACH, APLC<br>3622 GOVERNMENT STREET<br>BATON ROUGE, LA  70806 | $223.20 | UNSECURED CREDITOR<br>ACCT:  5259<br>COMM:  TELECOMMUNICATIONS SERVICE |
| INSOLVE RECOVERY LLC<br>PO BOX 88710<br>MILWAUKEE, WI  53288-0710 | $8,917.75 | ABANDONED COLLATERAL<br>ACCT:  8749<br>COMM:  '06 YAMAHA XVS650 (A/C AMD PLAN 9/23/11) |
| HUMBLE ISD<br>PO BOX 2000<br>HUMBLE, TX  77347 | $499.88 | SECURED CREDITOR<br>ACCT:  9423 GREENS RD<br>COMM:  2010 TAXES |
| MICHAEL G BUSBY<br>BUSBY & ASSOCIATES<br>2909 HILLCROFT SUITE 350<br>HOUSTON, TX  77057 | $400.00 | ATTORNEY FEES<br>ACCT:  EXCESS CLAIM<br>COMM:  S/ORDER 7/29/2011 |
| HUMBLE ISD<br>PO BOX 2000<br>HUMBLE, TX  77347 | $405.21 | SECURED CREDITOR<br>ACCT:  9423 GREENS RD<br>COMM:  2011 EST TAXES (NOT PROVIDED FOR) |

CASE NO.  11-36408-H1   Jose Osmin Hernandez & Petrona F Hernandez

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| LINEBARGER GOGGAN BLAIR & SAMP<br>PO BOX 3064<br>HOUSTON, TX  77253 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  HARRIS COUNTY |
| PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA  23541 | $3,947.00 | UNSECURED CREDITOR<br>ACCT:  0001<br>COMM:  CONSUMER LOAN |
| CONN CREDIT COMPANY<br>PO BOX 2358<br>BEAUMONT, TX  77704-2358 | $85.17 | UNSECURED CREDITOR<br>ACCT:  1925<br>COMM:  Split Claim |
| **TOTAL:** | **$75,737.97** | |

CASE NO.  11-36408-H1   Jose Osmin Hernandez & Petrona F Hernandez

A NOTICE HAS BEEN SENT ON THIS DATE TO EACH CREDITOR SHOWN ABOVE, ADVISING EACH CREDITOR OF THE INFORMATION CONTAINED IN THIS NOTICE.  ALL CREDITORS HAVE BEEN ADVISED TO CONTACT THE TRUSTEE IF THE CREDITOR DISAGREES WITH THE INFORMATION CONTAINED ON THIS NOTICE.  A COPY OF THIS NOTICE HAS ALSO BEEN SENT TO THE DEBTORS, DEBTORS' COUNSEL AND THE UNITED STATES TRUSTEE.

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN REQUEST FOR HEARING IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR HEARING.

IF NO HEARING ON THIS NOTICE IS TIMELY REQUESTED, THE TRUSTEE'S ACTION SHALL BE DEEMED TO BE UNOPPOSED PURSUANT TO 11 U.S.C. SEC. 101(1)(B).  IF YOU REQUEST A HEARING, YOU MUST SERVE A COPY OF YOUR REQUEST FOR HEARING ON THE TRUSTEE, THE DEBTORS, AND AFFECTED CREDITOR.

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed as shown above for the purpose of distribution pursuant to the confirmed plan and other orders of this Court, and that any objection to claim not filed within twenty days after service hereof be barred.

DATED: September 18, 2012                            /s./ David G. Peake
                                                     DAVID G. PEAKE, TRUSTEE
                                                     ADMISSIONS ID NO. 15679500
                                                     9660 HILLCROFT, STE 430
                                                     HOUSTON, TX  77096
                                                     (713)283-5400

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's office on or about the time this document was electronically filed with the Clerk on September 18, 2012. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S Bankruptcy Clerk's Office.

Electronically signed by
David G. Peake, Chapter 13 Trustee